# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)
**Cornelius Green Jr.**

v.

(Full name of defendant(s))
**Andrew Pohl**
**John Birdyshaw**

Case Number: **19-CV-1574**
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** (State), and is located at **396 S. Drummond St. Waupun, WI 53963** / **P.O. Box 351**
(Address of prison or jail)

2. Defendant **Andrew Pohl and John Birdyshaw** (Name)
is (if a person or private corporation) a citizen of **Wisconsin** (State, if known)
and (if a person) resides at **N/A** (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for __Waupun Correctional Institution__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 9/15/18 I was assaulted by Andrew Pohl, and John Birdyshaw at approximately 9:00 am upon being escorted back to my cell in RHU coming back from Health Service Unit for supposively turning my head. John Birdyshaw threw me against the wall pushed my head into the wall called for backup which Andrew Pohl and multiple other officers responded. Upon their

arrival I supposively turned my head and was assaulted, grabbed and dragged down the hallway while Andrew Pohl held my head/face in a very painful aggressive position at which I was placed into the strip cage then next I was placed on control status. I felt humiliated I suffered emotional and physical wounds a broken lip, and a scarred shoulder at which a conduct report was written but ultimately dismissed. Which I believe the excessive force at hand was very unnecessary

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be compensated $100,000 for punitive damages and I believe they should stop assaulting people for allegedly turning their head whether they did it or not does not justify excessive force

Complaint – 4

Case 1:23-cv-01585-WCG   Filed 11/27/23   Page 4 of 5   Document 1

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 22nd day of November 20 23.

Respectfully Submitted,

*Cornelius Green*

Signature of Plaintiff

660820

Plaintiff's Prisoner ID Number

396 S. Drummond St Waupun
WI 53963 P.O. Box 351

(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5